IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH WILLIAMS,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| v. | : | **NO. 95-7977** |
| **DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford; DISTRICT ATTORNEY FOR LEHIGH COUNTY; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** | : | |
| Respondents. | | |

## O R D E R

**AND NOW**, this 11th day of January 2011, upon consideration of petitioner's Petition for Writ of Habeas Corpus and Consolidated Preliminary Memorandum of Law (Document No. 49, filed December 14, 2009), Respondent's Memorandum of Law in Opposition to Petitioner's Petition for Writ of Habeas Corpus (Document No. 56, filed April 20, 2010) and Petitioner's Traverse (Document No. 61, filed June 1, 2010), after review of the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells (Document No. 62, dated September 29, 2010, filed September 30, 2010), Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Document No. 66, filed November 15, 2010) and Letter of Joan L. Reinsmith, counsel for respondent (Document No. 67, filed November 17, 2010), for the reasons set forth in the Memorandum dated January 11, 2011, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells

dated September 29, 2010 is **APPROVED AND ADOPTED**;

     2.  Petitioner's Petition for Writ of Habeas Corpus (Document No. 49, filed December 14, 2009) is **DENIED**;

     3.  Petitioner's Objections to the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells dated September 29, 2010 are **OVERRULED**; and

     4.  A certificate of appealability will not issue for any of petitioner's claims because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2).  See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

                                      **BY THE COURT:**

                                       /s/ Hon. Jan E. DuBois
                                      **JAN E. DUBOIS, J.**